UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PEDRO NUNEZ,

                    **Plaintiff,**

      -against-

664 WEST 161ST STREET HOUSING
DEVELOPMENT FUND CORPORATION,

                    **Defendant.**

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/5/2025

24-CV-09156 (RA)(SN)

<u>ORDER</u>

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiff filed the Complaint on November 30, 2024. ECF No. 1. Defendant was served on December 4, 2024. ECF No. 6. As of the filing of this Order, Defendant has not appeared in this case or responded to the Complaint. Plaintiff is ORDERED to file a letter by February 12, 2025, indicating whether he has had any contact with Defendant.

SO ORDERED.

                                                SARAH NETBURN
                                                United States Magistrate Judge

DATED:      February 5, 2025
                 New York, New York