UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

PEDRO NUNEZ,

                **Plaintiff,**

    -against-

664 WEST 161ST STREET HOUSING
DEVELOPMENT FUND CORPORATION,

                **Defendant.**

-------------------------------------------------------------X

24-CV-09156 (RA)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/13/2025

**SARAH NETBURN, United States Magistrate Judge:**

    On February 5, 2025, the Court ordered Plaintiff to file a letter indicating whether he has had any contact with Defendant by February 12, 2025. ECF No. 7. Plaintiff has not filed this letter. Plaintiff is ORDERED to file a letter no later than February 20, 2025.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    February 13, 2025
               New York, New York