UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

PEDRO NUNEZ,

                     **Plaintiff,**

        -against-

664 WEST 161ST STREET HOUSING
DEVELOPMENT FUND CORPORATION,

                     **Defendant.**

------------------------------------------------------------------X

24-CV-09156 (RA)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/2025

**SARAH NETBURN, United States Magistrate Judge:**

        A conference to discuss the discovery issues raised in Plaintiff's motion for an extension of time to complete discovery, ECF No. 24, was scheduled for Tuesday, November 18, 2025. Counsel for Defendant failed to appear for the discovery conference. Accordingly, by no later than Tuesday, December 2, 2025, counsel for Defendant is ORDERED to file a letter with the Court, confirming whether he intends to continue representing Defendant in this action.

        Further, by no later than Tuesday, December 2, 2025, Plaintiff is ORDERED to file a letter updating the Court on the progress of discovery.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    November 18, 2025
              New York, New York