**LAW OFFICES OF IAN WALLACE, PLLC**
347 FIFTH AVENUE, SUITE 1402-497
NEW YORK, NEW YORK 10016

Tel: (212) 661-5306                                                                        Fax: (646) 349-5308
Email: ifw@wallacelaw-ny.com

January 28, 2026

**VIA ECF**
Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
Jan. 29, 2026

Re:    **Pedro Nunez v. 664 West 161st Street Housing Development Fund
Corporation
Civil Action No. 24-CV-09156 (RA)(SN)**

Hon. Judge Abrams:

I am newly retained counsel for Defendant 664 West 161st Street Housing Development Fund Corporation and have filed a notice of appearance in this matter [*see* DN 34].

I write to respectfully request an extension of time to file objections to Magistrate Judge Netburn's Report and Recommendation dated December 29, 2025 [DN 32], which recommends striking Defendant's answer and entering a default.

Pursuant to Fed. R. Civ. P. 6(b), I request an extension of 21 days beyond any order by this Court, should it grant this request for additional time. This additional time would be to allow sufficient time to review the record, confer with my client and counsel of record, and prepare the legal argument.

I am mindful that this request for additional time comes nine days after the deadline to file objections has expired (i.e., upon information and belief that initial deadline expired on or about January 19, 2026).

Pursuant to FRCP Rule 6(b)(1)(B), however, I submit this request for an extension based on excusable neglect by Defendant. Notably, it appears the Defendant was effectively unrepresented until now. Alternatively, it appears counsel of record was unable to file timely objections.

Plaintiff would not be prejudiced were Defendant be permitted to address the report and recommendation and seek a proper review on the merits and thereby avoid an unjust default.

1

Finally, this request is being promptly filed in good faith immediately upon being retained by Defendant.

This is Defendant's first request for an extension of the foregoing deadline.

I have sought Plaintiff's counsel's consent for this application, but counsel has yet to respond.

Respectfully submitted,

By: _____
           Ian Wallace

cc:    Abdul Hassan (via ECF)
       *Atttorney for Plaintiff*

2