UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

PEDRO NUNEZ,

                                    Plaintiff,

                    -against-

664 WEST 161ST STREET HOUSING
DEVELOPMENT FUND CORPORATION,

                                    Defendant.

-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/2026

24-CV-09156 (RA)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On February 20, 2026, the Court directed the parties to notify the Court within one week of the parties' mediation whether a renewed deadline to file objections to the Court's December 29, 2025 Report and Recommendation is necessary. See ECF No. 38. The parties held a mediation conference on Friday, April 24, 2026, but have not filed the requested update with the Court. By no later than Friday, May 8, 2026, the parties shall file their joint letter regarding the status of mediation.

SO ORDERED.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        May 4, 2026
              New York, New York